■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN WEAVER, Appellant. [847 NYS2d 894]—Appeal by the defendant, as limited by his motion, from a sentence of the

Supreme Court, Kings County (Parker, J.), imposed March 29, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Goldstein, Dillon and McCarthy, JJ., concur.